[No. 6564. Decided April 4, 1907.]

P. C. SHIPLEY, *Respondent*, v. PETER McPHERSON, *Executor of the Estate of W. A. Threlkeld, Deceased, Appellant.*[1]

APPEAL—NOTICE—TIME FOR TAKING. Where notice of appeal is not served within ninety days after the date of entry of judgment, the appeal will be dismissed.

Motion to dismiss an appeal from a judgment of the superior court for Ferry county, Huston, J., entered April 30, 1906, and application for a peremptory writ to require the signing and certifying of a proposed statement of facts. Appeal dismissed.

*James T. Johnson* and *Peter McPherson*, for appellant.

*G. V. Alexander*, for respondent.

[1]Reported in 89 Pac. 408.

PER CURIAM.—This case comes before this court on motion of respondent to dismiss the appeal and upon an application of appellant for a peremptory writ requiring the trial court to sign and certify a proposed statement of facts.

It appears that the notice of appeal was not served within ninety days from the entry of the judgment, order, and decree from which an appeal is sought to be taken. This being true, the motion to dismiss the appeal must be granted.

The appeal being dismissed, there could probably be no occasion for a statement of facts. The application for the writ is therefore denied.